GAUDOISE DUHAIME *vs.* HECTOR MONAST *et ux.*

PROVIDENCE—MAY 13, 1898.

PRESENT: Stiness, Tillinghast and Rogers, JJ.

Service of a writ by attachment of the defendant's real estate, without service upon or any attempt to give notice thereof to the defendant, is not sufficient basis for the entry of a *nil dicit* judgment for the plaintiff.

A defendant petitioning for a trial in such case may show facts not in contradiction of but supplementary to the officer's return.

ASSUMPSIT. Heard on defendants' petition for a trial on the ground of no service upon them of the writ on which a judgment was rendered against them by default in a District Court. The officer's return showed an attachment of real estate, but stated nothing relating to notice to or service upon the defendants.

PER CURIAM. Upon this petition it appears that service of the writ, in the case for which a trial is asked, was not made upon the defendants, and that they had no notice of the suit.

The petitioners do not contradict the return of the officer, but supplement it by facts which show that no legal service of the writ was made, on account of which judgment was rendered against them by default.   This entitles them to a trial.

Case remitted to the District Court of the Tenth Judicial District for trial.

*Adelard Archambault and Alphonse Gaulin, Jr.*, for plaintiff.

*Hugh J. Carroll*, for defendants.